APRIL 13, 1998

No. A-753. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. v. CROMARTIE ET AL. D. C. E. D. N. C. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay.

APRIL 20, 1998

No. A-700. GUTERMUTH v. DEPARTMENT OF CHILDREN AND FAMILIES. Dist. Ct. App. Fla., 4th Dist. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D-1175. IN RE DISBARMENT OF HICKEY. Disbarment entered. [For earlier order herein, see 506 U. S. 913.]

No. D-1895. IN RE DISBARMENT OF JACKSON. Disbarment entered. [For earlier order herein, see 522 U. S. 1040.]

No. D-1908. IN RE DISBARMENT OF TRAMMELL. Disbarment entered. [For earlier order herein, see 522 U. S. 1087.]

No. D-1929. IN RE DISBARMENT OF POBINER. Howard J. Pobiner, of White Plains, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on March 30, 1998 [ante, p. 1044], is discharged.